UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

"IN ADMIRALTY"

CASE NO.: 19-cv-61118 RS/BSS

In re STEPHEN MELLETT and JENNIFER
MELLETT, *as owners of the 200748 Viking
Sportfisherman Bearing Hull Identification No.
VKY48481A707, for exoneration from or
limitation of liability,*

    Petitioners,

_____/

**PETITIONERS' UNOPPOSED MOTION
FOR LEAVE TO FILE THIRD PARTY COMPLAINT**

The Petitioners, STEPHEN MELLETT and JENNIFER MELLETT, individually and on behalf of their Underwriters subscribing to Policy No. BGU-OMYAC-11823-18 ("hereinafter MELLETT"), pursuant to Rules 6(b), 14(a)(3) and 14(c) Federal Rules of Civil Procedure, respectfully move the Court for leave to file a Third Party Complaint against Third Party Defendants CRAIG LEONARD and TIGER AVIATION AND MARINE SERVICES, INC., adding counts against both, and state as follows:

    1.    On May 2, 2019, Petitioners filed the instant action seeking limitation of or exoneration from liability.  ECF 1.

    2.    On July 12, 2019, Crescent Charters and the New Hampshire Insurance Company filed a claim against Petitioners and a Third Party Complaint against Third Party Defendants CRAIG LEONARD and TIGER AVIATION AND MARINE SERVICES, INC. for damages to Crescent's vessel.  ECF 9.

    3.    On September 9, 2019, Thomas and Rosemary Noble, along with their insurer, Ironshore Indemnity, Inc. filed a claim against Petitioners and a Third Party Complaint against

Third Party Defendants CRAIG LEONARD and TIGER AVIATION AND MARINE SERVICES, INC. for damages to their vessel.  ECF 18.

4. On January 9, 2020, the Court issued its Scheduling Order setting January 17, 2020 as the deadline for adding parties and amending pleadings.  ECF 32.

5. Accordingly, this motion in timely.

6. Petitioners seek to file a third party complaint against Third Party Defendants CRAIG LEONARD and TIGER AVIATION AND MARINE SERVICES, INC. seeking:

   a. Contribution and indemnity for the damages caused to the Crescent vessel and Noble vessel as a result of the Third Party Defendants' negligence; and

   b. Damages caused to Petitioner's vessel as a result of the Third Party Defendants' negligence.

7. A copy of the proposed complaint is attached as <u>Exhibit 1</u>.

8. This motion is made in good faith and not for the purposes of delay.  Granting the motion will not prejudice any parties.

9. Granting this motion will streamline the litigation and will not affect any current deadlines.

10. The undersigned counsel hereby certifies that he has conferred with counsel for all other parties, who advise they do not object to the filing of the Amended Complaint.

WHEREFORE, the Petitioners respectfully move the Court for leave to file the Third Party Complaint and for such other relief as the Court deems just and proper.

Dated: January 13, 2020

**Respectfully submitted,**

/s/*Craig P. Liszt*
**Jonathan W. Skipp**
Florida Bar No.: 710570
**jskipp@admiral-law.com**
**Craig P. Liszt**
Florida Bar No.: 63414
**cliszt@admiral-law.com**
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Blvd.
Miami, FL  33156
Telephone: (305) 670-2525
Facsimile:  (305) 670-2526

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on January 13, 2020, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

   /s/*Craig P. Liszt*
**Jonathan W. Skipp**
Florida Bar No.: 710570
**jskipp@admiral-law.com**
**Craig P. Liszt**
Florida Bar No.: 63414
**cliszt@admiral-law.com**
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Blvd.
Miami, FL  33156
Telephone: (305) 670-2525
Facsimile:  (305) 670-2526
*Attorneys for Plaintiff*

## SERVICE LIST

**Jonathan W. Skipp**
Florida Bar No. 710570
jskipp@admiral-law.com
**Craig P. Liszt**
Florida Bar No. 63414
cliszt@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Blvd.
Miami, FL 33156
Telephone: (305) 670-2525
Facsimile:  (305) 670-2526
*Attorneys for Petitioners*


            ************


**Robert D. McIntosh, Esq.**
Florida Bar No. 115490
rdm@mcintoshschwartz.com
**Adam B. Cooke, Esq.**
Florida Bar No. 0634182
acooke@mcintoshschwartz.com
McINTOSH SCHWARTZ, P.L.
888 S.E. 3rd Avenue, Suite 201
Fort Lauderdale, FL 33316
Telephone: (954) 660-9888
Facsimile: (954) 760-9531
*Attorneys for Third Party Defendants*
*Craig A. Leonard and Tiger Aviation*

**Alvaro L. Mejer**
Florida Bar No. 222623
amejer@mejerlaw.com
MEJER LAW, P.A.
Sun Trust Plaza, Suite 504
201 Alhambra Circle
Coral Gables, FL 33134
Telephone: (305) 444-3355
Facsimile: (305) 442-4300
*Attorneys for Claimant New Hampshire Ins.*
*Co. a/s/o Crescent Charters, LLC*

**Jolieann Brooks**
Florida Bar No. 124322
jolieannbrooks@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
100 South Ashley Drive, Suite 1210
Tampa, Florida 33602
Telephone: (813) 223-1900
*Counsel for Claimants/Third-Party*
*Plaintiffs, Thomas Noble, Rosemary*
*Noble, and Ironshore Indemnity Inc.,*
*as subrogee*

**Joseph G. Grasso** (*Pro Hac Vice*)
jgrasso@wiggin.com
**Laura Ann K. Froning** (*Pro Hac Vice*)
lfroning@wiggin.com
Two Liberty Place, Suite 2925
Philadelphia, PA 19102
Telephone: (215) 988-8310
*Counsel for Claimants/Third-Party*
*Plaintiffs, Thomas Noble, Rosemary*
*Noble, and Ironshore Indemnity Inc.,*
*as subrogee*